# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS MANUEL

VERSUS

LOUISIANA DEPARTMENT OF
WILDLIFE AND FISHERIES,
MADISON D. SHEAHAN, IN HER
OFFICIAL CAPACITY AS
SECRETARY OF THE DEPARTMENT,
RACHEL ZECHENELLY, IN HER
OFFICIAL CAPACITY AS COLONEL
OF THE DEPARTMENT'S
ENFORCEMENT DIVISION, AND
WILL ROBERTS, IN HIS
OFFICIAL CAPACITY AS A
REGIONAL CAPTAIN WITH THE
DEPARTMENT

NO.  2026 CW 0613

JUNE 29, 2026

---

In Re:    Louisiana Department of Wildlife and Fisheries, Madison
          D. Sheahan, in her official capacity as former Secretary
          of the Department, Rachel Zechenelly, in her official
          capacity as former Colonel of the Department's
          Enforcement Division, and Will Roberts, in his official
          capacity as a Regional Captain with the Department,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 744995.

---

BEFORE:   McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.

**WRIT NOT CONSIDERED.** Although each application assigns error to the denial of both plaintiff's and defendants' motions for summary judgment, the parties should file separate writ applications which assign error to the ruling for which review is sought and set forth the substantive arguments with respect to the assignment of error(s).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before July 29, 2026, and must contain a copy of this ruling.

PMc
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT